# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# MOTION HEARING

In re Application of Porton Capital, Inc.
for Discovery in Aid of a Foreign Proceeding
Pursuant to 28 U.S.C. § 1782

### COURT MINUTES
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| Case No.: | 11-mc-7 (SRN/FLN) |
| Date: | February 14, 2011 |
| Court Reporter: | Colleen Sichko (Shaddix & Associates) |
| Time Commenced: | 10:27 a.m. |
| Time Concluded: | 10:52 a.m. |
| Time in Court: | 0 Hours & 25 Minutes |

APPEARANCES:

For Porton Capital:   Matthew M. Leland and Vicki J. Bitner
For 3M Company:     Paul B. Klass and Theresa M. Bevilacqua

**3M Company's Motion to Intervene in Order to Oppose Porton Capital, Inc.'s Application for Discovery [#6]** was granted at the hearing.

The **Application of Porton Capital, Inc. for an Order Directing Angela Dillow and Linda Homan to Provide Discovery Under 28 U.S.C. § 1782 for Use in a Proceeding Before a Foreign Tribunal [#1]** was taken under advisement at the hearing.

☒ ORDER TO BE ISSUED      ☐ NO ORDER TO BE ISSUED      ☐ R&R TO BE ISSUED      ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court      ☐ Exhibits returned to counsel

　　　　　　s/AFE
Signature of Law Clerk